FILE COPY

RE: Case No. 25-0628                    DATE: 9/8/2025
COA #: 15-24-00052-CV                   TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **October 15, 2025. Further requests for extensions of time for this filing will be disfavored.**

                  MS. KIMBERLY S. KELLER
                  KELLER STOLARCZYK PLLC
                  215 W. BANDERA ROAD NO. 114-PMB 800
                  BOERNE, TX  78006
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                 DATE: 9/8/2025
COA #: 15-24-00052-CV            TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

     Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **October 15, 2025. Further requests for extensions of time for this filing will be disfavored.**

                      CHRISTOPHER  PRINE
                      FIFTEENTH COURT OF APPEALS
                      P.O, BOX 12852
                      AUSTIN, TX  78711
                      * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628        DATE: 9/8/2025
COA #: 15-24-00052-CV        TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **October 15, 2025. Further requests for extensions of time for this filing will be disfavored.**

DISTRICT CLERK  GILLESPIE COUNTY
GILLESPIE COUNTY COURT
101 W. MAIN STREET
MAIL UNIT 3, RM 204
FREDERICKSBURG, TX  78624-3700
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628                        DATE: 9/8/2025
    COA #: 15-24-00052-CV                   TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

     Today the Supreme Court of Texas granted the second
motion for extension of time to file petition for review
under Tex. R. App. P. 53.7(f) in the above-referenced case.
The petition for review is due to be filed no later than
**October 15, 2025. Further requests for extensions of time
for this filing will be disfavored.**

                         MS. KAREN L. WATKINS
                         OFFICE OF THE ATTORNEY GENERAL OF
                         TEXAS
                         300 WEST 15TH STREET, 10TH FLOOR
                         AUSTIN, TX  78701-2986
                         * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628        DATE: 9/8/2025
COA #: 15-24-00052-CV        TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **October 15, 2025. Further requests for extensions of time for this filing will be disfavored.**

MR. IAN  LANCASTER
ASSISTANT ATTORNEY GENERAL
300 W 15TH ST FL 10
AUSTIN, TX  78701-1649
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628          DATE: 9/8/2025
COA #: 15-24-00052-CV         TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **October 15, 2025. Further requests for extensions of time for this filing will be disfavored.**

MR. HENRY "H" CARL MYERS
ATTORNEY GENERAL'S OFFICE
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *